```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| TIFFANY MONIQUE McMILLAN | ) | NO. EDCV 09-1013-MMM(CT) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the transcript of record, the parties submissions, and the magistrate judge's report and recommendation. The court agrees with the conclusions of the magistrate judge.

Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE